UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ALVAREZ, | Case No. 1:26-cv-01212-FJS |
| Plaintiff, | STIPULATION AND ORDER GRANTING PARTIES' STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEFING |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security | |
| Defendant. | (ECF No. 14) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file her Motion for Summary Judgment and Supporting Brief.  This is Plaintiff's first request for an extension.

Plaintiff respectfully requests that this Court grant a 28 day extension to file her Motion for Summary Judgment and Supporting Brief. Plaintiff's opening brief was originally due on April 30, 2026. Unfortunately, due to the submission of multiple administrative records all within a short period of time the undersigned had multiple district court briefs as well as two reply briefs within the same week, and the administrative record in this matter is over a thousand pages in length. Additionally, the attorney assigned to brief this matter was attending and presenting at a national disability conference the week prior. Therefore, the undersigned requires more time to brief this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

4/29/2026                                         */s/ Sherianne Laba*
DATED                                            SHERIANNE LABA, ESQUIRE
                                                 Attorney for Plaintiff, Marco Alvarez

4/29/2026                                         By: */s/Roseanne Gillette*
DATED                                            (*as authorized by email on 4/29/2026)
                                                 Roseanne Gillette
                                                 Attorney for Defendant

<u>ORDER</u>

Pursuant to the parties' amended stipulation (ECF No. 14) and good cause appearing, <u>Plaintiff shall file and serve Defendant with Plaintiff's motion for summary judgment and supporting briefing on or before May 29, 2026</u>. Defendant shall file the cross-motion for summary judgment within 30 days after service of Plaintiff's motion for summary judgment, per the Court's scheduling order. (ECF. No 6.) Within 14 days after filing of Defendant's cross-motion for summary judgment and opposition, Plaintiff shall file the optional reply brief. (*Id.*)

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:    **April 30, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE