UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARCO ALVAREZ,

            Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

            Defendant.

No.  1:26-cv-01212-KES-FJS

ORDER RE: STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF

(ECF No. 17)

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time to file her Motion for Summary Judgment and Supporting Brief.  This is Plaintiff's second request for an extension.

Plaintiff respectfully requests that this Court grant a 7-day extension to file her Motion for Summary Judgment and Supporting Brief. Plaintiff's opening brief was originally due on April 30, 2026. A prior motion for an extension of 30 days was previously granted in this matter. Unfortunately, counsel of record Sherianne Laba is no longer able to perform her duties as an attorney in this matter due to very serious illness, resulting in the undersigned's recently filed appearance on behalf of Mr. Alvarez. Therefore, the undersigned requires time to review and file the brief in this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: May 28, 2026           Respectfully submitted,

*s/ John Metsker*
JOHN METSKER, ESQUIRE

Attorney for Plaintiff, Marco Alvarez

5/28/2026
DATED

By: */s/Roseanne Gillette*
(*as authorized by email on 5/28/2026)
Roseanne Gillette
Attorney for Defendant

2

ORDER

Pursuant to the parties' stipulation (ECF No. 17) and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment and supporting briefing <u>shall be filed on or before June 4, 2026</u>.

IT IS SO ORDERED.

Dated:    **June 3, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3