UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. ALVAREZ,<br><br>      Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:26-cv-01212-KES-FJS<br><br>ORDER GRANTING STEPHEN M. SLOAN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 18) |

Before the Court is the application of Stephen M. Sloan, attorney for Plaintiff Marco A. Alverez, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __**June 8, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE